UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEENAN ELLSBERRY,

       Plaintiff,

                                    CIVIL ACTION NO. 12-10934
v.                                       DISTRICT JUDGE GERALD E. ROSEN
                                    MAGISTRATE JUDGE MARK A. RANDON

CITY OF DETROIT, et al.,

       Defendants.
_____/

**ORDER ON PENDING DISCOVERY MOTIONS (DKT. NOS. 37, 38 AND 39)**

      Three motions are pending: (1) Plaintiff's Motion to Enforce Order of the Court (Dkt. No. 37); (2) Defendants' Motion to Compel Initial Disclosures, Answers to Interrogatories and Responses to Document Requests (Dkt. No. 38); and (3) Plaintiff's Second Motion to Compel Production (Dkt. No. 39). The Court read the parties' submissions (Dkt. Nos. 37, 38, 39, 43, 48 and 49); oral argument was heard on November 8, 2012.

      Being otherwise fully advised, and for the reasons stated on the record, IT IS ORDERED that on or before December 7, 2012:

A.  Defendants shall:

      1.     submit to the Court the so-called "Investigators Report" (omitted from the Internal Affairs ("IA") file) for an in-camera inspection. Defendants shall also provide Plaintiff's counsel with a list, from the custodian of the records, of all documents contained in the IA file;

      2.     provide to Plaintiff's counsel, in writing, the status (existence or non-existence) of (a) any police vehicle in-car video, and (b) any notification and control recordings regarding the May 2, 2011 incident;

      3.     make available for inspection any disciplinary files of the Police Officer Defendants located in: (a) the Office of the Chief Investigator, (b) the Office of Disciplinary Administration, and (c) the Office of Internal Affairs;

    4.    produce to Plaintiff a copy of the current collective bargaining agreement between the City of Detroit and the Detroit Police Officers' Union;

    5.    produce performance evaluations of the Police Officer Defendants for the past 5 years.

B. Plaintiff shall:

    1.    provide to Defendants a signed authorization for: (a) medical records and (b) income tax records;

    2.    provide any and all documentation, which support Plaintiff's damages claims.

No costs or attorney fees are awarded.

        s/Mark A. Randon
        MARK A. RANDON
        UNITED STATES MAGISTRATE JUDGE

Dated: November 9, 2012

### Certificate of Service

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, November 9, 2012, by electronic and/or first class U.S. mail.*

        *s/Melody R. Miles*
        *Case Manager to Magistrate Judge Mark A. Randon*
        *(313) 234-5540*